IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
CDS-SDTX
FILED

OCT 2 9 2025    3C

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES OF AMERICA §
§
V. §
Erwin Joel Buesa Pereira §
§
§

CRIMINAL ACTION NO:

25 CR 1285 02

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. PROC. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, Edwin Joel Buesa Pereira, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this _____ day of _____, _____.

Edwin Joel Buesa.P
Defendant

Attorney for Defendant

Assistant United States Attorney