**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 5:25-CR-01285** |
| | § | |
| **JAIME DIAZ** | § | |

**PROPOSED JURY INSTRUCTION**

Attorney of Record, Roberto Balli, files the following proposed jury instruction:

**Fifth Circuit Pattern 1.39 Self Defense:**

The defendant has offered evidence that he acted in self-defense. The use of force is justified when a person reasonably believes that force is necessary for the defense of oneself or another against the immediate use of unlawful force. However, a person must use no more force than appears reasonably necessary under the circumstances.

The government must prove beyond a reasonable doubt that the defendant did not act in reasonable self-defense defense of another.

Respectfully submitted,

By: */s/ Roberto Balli*
ROBERTO BALLI
SBN: 00795235
FBN: 22668

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify and attest that all parties in interest listed below have received a true and correct copy of this motion by electronic mail from the Clerk of Court.

*/s/ Roberto Balli*
ROBERTO BALLI

1