| | UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 5:25-CR-01285 |
|---|---|
| *VERSUS* - - - - - - - - - - - - - - - | |
| JAIME DIAZ | **EXHIBIT LIST** |
| JUDGE JOHN KAZEN | CASE MANAGER:   JESSICA RODRIGUEZ |
| LIST OF<br>☑ GOVERNMENT         DEFENDANT | PROCEEDING: TRIAL<br>DATE(S): NOVEMBER 17, 2025 |

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|
| 1 | BP AGENT KENNETH OBREGON STATEMENT | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |