United States District Court
JAK-SDTX
FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

NOV 18 2025   JR

Nathan Ochsner, Clerk
Laredo Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIM. ACTION NO. 5:25-CR-01285-1** |
| | § | |
| **JAIME DIAZ** | § | |

### JURY VERDICT

### COUNT ONE

On Count One, with respect to forcibly assaulting a federal officer, we the jury find the defendant:

_Not Guilty_
(Guilty or Not Guilty)

_November 18, 2025_
DATE

_[redacted]_
JURY FOREPERSON